JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAGI ALMANG, ) | No. C 08-2654 MEJ |
|     Plaintiff, ) | |
| v. ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) MICHAEL CHERTOFF, SECRETARY; US ) ATTORNEY GENERAL, MICHAEL B. ) MUKASEY; UNITED STATES CITIZENSHIP ) AND IMMIGRATION SERVICES, ALFONSO ) AGUILAR, CHIEF; UNITED STATES ) CITIZENSHIP AND IMMIGRATION ) SERVICES, ROSEMARY MELVILLE, ) DISTRICT DIRECTOR; AND ROBERT ) MUELLER, III, DIRECTOR OF FEDERAL ) BUREAU OF INVESTIGATION, ) )     Defendants. ) ) | **STIPULATION TO DISMISS; AND** ~~[PROPOSED]~~ **ORDER** |

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has agreed to adjudicate the plaintiff's application for naturalization within thirty days.

    Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS AND PROPOSED ORDER
C 08-2654-MEJ                        1

| | |
|---|---|
| Dated: July 10, 2008 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: July 10, 2008 | /s/<br>GERI N. KAHN<br>Attorney for Plaintiff |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 10, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION TO DISMISS AND PROPOSED ORDER
C 08-2654-MEJ                                   2