1   JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
3   EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102
        Telephone: (415) 436-6915
6       FAX: (415) 436-6927

7   Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12  NAGI ALMANG,                         )
                                         )   No. C 08-2654 MEJ
                 Plaintiff,              )
13                                       )
                                         )
        v.                               )
14                                       )
    DEPARTMENT OF HOMELAND SECURITY,     )   **STIPULATION TO DISMISS; AND**
15  MICHAEL CHERTOFF, SECRETARY; US      )   **[PROPOSED] ORDER**
    ATTORNEY GENERAL, MICHAEL B.         )
16  MUKASEY; UNITED STATES CITIZENSHIP   )
    AND IMMIGRATION SERVICES, ALFONSO    )
17  AGUILAR, CHIEF; UNITED STATES        )
    CITIZENSHIP AND IMMIGRATION          )
18  SERVICES, ROSEMARY MELVILLE,         )
    DISTRICT DIRECTOR; AND ROBERT        )
19  MUELLER, III, DIRECTOR OF FEDERAL    )
    BUREAU OF INVESTIGATION,             )
20                                       )
                 Defendants.             )
21  _____ )

22
        The plaintiff, by and through his attorney of record, and defendants, by and through their
23
    attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-
24
    entitled action in light of the fact that the United States Citizenship and Immigration Services
25
    (USCIS) has agreed to adjudicate the plaintiff's application for naturalization within thirty days.
26
        Each of the parties shall bear their own costs and fees.
27

28

    STIPULATION TO DISMISS AND PROPOSED ORDER
    C 08-2654-MEJ                               1

Dated: July 10, 2008                         Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney


                                                  /s/
                                             EDWARD A. OLSEN
                                             Assistant United States Attorney
                                             Attorneys for Defendants

Dated: July 10, 2008                              /s/
                                             GERI N. KAHN
                                             Attorney for Plaintiff




                              **ORDER**

     Pursuant to stipulation, IT IS SO ORDERED.


Dated: July _10_, 2008        _____
                              MARIA-ELENA JAMES
                              United States Magistrate Judge